THOMAS FISHER et al., Respondents, v. CITY OF NEW YORK, Defendant, and BROOKLYN UNION GAS COMPANY, Appellant.— In an action to recover damages for personal injuries suffered in a tunnel into which alleged polluted waters were pumped, order modifying respondents' notice of examination before trial modified by striking from the first ordering paragraph of said order everything which follows the word "granted" and by substituting therefor the words "to the extent of striking from said notice of examination paragraphs '1' to '7', inclusive, and by substituting in said notice the following: 'All the relevant facts and circumstances relating to the alleged pollution of the waters of the Gowanus Canal on May 9, 1951, and for six (6) months prior thereto by defendant Brooklyn Union Gas Company and its knowledge thereof.'" As so modified, the order, insofar as appeal is taken, is affirmed, without costs. Under the circumstances, respondents should be limited to an examination of appellant for a six-month period before the accident in the absence of a showing that evidence of pollution prior thereto is material and necessary. Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ., concur.

MARILYN GALLAGHER et al., Appellants, v. WILLIAM H. GLENNON, Defendant, and MALCOLM McEWAN, Respondent.— In a negligence action, Special Term granted respondent's motion to dismiss the amended complaint as to him, pursuant to subdivision 6 of rule 107 of the Rules of Civil Practice, on the ground that plaintiffs had previously executed and delivered a general release of their claims. The court also granted plaintiffs' motion to reargue said motion but on reargument adhered to the original decision. Plaintiffs appeal from the order on reargument and from an order and judgment (one paper), entered November 15, 1952. Order on reargument and order and judgment (one paper) unanimously affirmed, with one bill of $10 costs and disbursements. No opinion. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ. [See *post*, p. 840.]

CONSTANCE W. HENDERSON, Respondent, v. BRANTON H. HENDERSON, JR., Appellant.— In an action for separation, order granting motion for alimony and counsel fee and awarding custody of a child to the plaintiff, and order allowing counsel fee to oppose an appeal, affirmed, with one bill of $10 costs and disbursements. No opinion. Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ., concur.